**ESSIE WILSON v. BELMONT LUMBER COMPANY, INC.**

10 So. (2nd) 320                                              Division B
October 30, 1942

C. N. Sells, for appellant.

E. B. Drumright, for appellee.

PER CURIAM:

From a careful examination of the record in this case no error has been made to appear, therefore, the final decree is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.